+ Claremont Painting & Decorating

| Date | Pleading Number | |
|---|---|---|
| 10/12/71 | 1. | MOTION OF HERBERT HAFIF, WILLIAM SHERNOFF, WILLIAM LOCKHART (pltfs. in C.D. Calif., No. 71-977-RJK) for consolidation of seven actions pending in seven different district courts for transfer to C.D. California. Certificate of Service and Notice of Motion. |
| 10/19/71 | | WILLIAM COLSON V. HOTEL WALDORF-ASTORIA CORP., S.D.N.Y. 71 Civ. 2943 Show Cause Order entered today. Sent to counsel and involved judge. |
| 10/21/71 | | SUPPLEMENTAL CERTIFICATE OF SERVICE for Motion of Herbert Hafif. |
| 10/21/71 | | PICK HOTELS CORPORATION - request for an extension of time to file response to motion ( requested to 11/23/71) ORDER -- extending time for filing and serving responses to motion to ALL parties to NOVEMBER 15, 1971 - Notified Counsel. |
| 11/1/71 | 2 | WESTERN INTL. HOTELS CO. AND PRINCESS INTL. HOTELS., INC. Brief in support of motion w/affidavit of service. |
| 11/2/71 | | ORDER - setting A-1 through B-1 for hearing Phoenix, Ariz. 12/8/71 Notified counsel, involved judges. |
| 11/9/71 | | HAFIF, ET AL. V. HILTON HOTELS CORP., ET AL, NEVADA, R-2582 SCO entered today. Set for Hearing 12/8/71 Phoenix Ariz Notified counsel |
| 11/15/71 | 3 | MARIOTT HOTELS Brief in opposition to motion  w/affidavit of service |
| 11/15/71 | 4 | ITT, ITT SHERATON CORP. OF AM. AND INDIV. SHERATON HOTEL Brief in response to plaintiffs motion       w/affidavit of service |
| 11/15/71 | 5 | HILTON HOTEL CORP. response to motion        w/affidavit of service |
| 11/15/71 | 6 | SONESTA INTL. HOTELS INC. brief to motion    w/affidavit of service |
| 11/16/71 | 7 | ALLIED PROPERTIES - Response to motion w/certificate of service |
| 11/16/71 | 8 | HYATT CORP. - Response to motion - w/certificate of service |
| 11/16/71 | 9 | FAIRMONT HOTEL CO. - Response to motion - w/certificate of service |
| 11/16/71 | 10 | JACK TAR SAN FRANCISCO, INC. - Response to motion - w/certificate of service |
| 11/16/71 | 11 | PICK HOTELS CORP. - Response to motion - w/certificate of service |
| 11/16/71 | 12 | CORRIGAN PROPERTIES, INC. - Response to motion w/certificate of service |
| 11/16/71 | 13 | HOTEL PROPERTIES dba LANDMARK HOTEL - Response to motion - w/cert. of serv. |
| 11/16/71 | 14 | DEL E. WEBB CORP. - Memo in support of motion w/cert. of service |
| 11/16/71 | 15 | RADISSON DENVER CORP.  - Response to motion - w/cert. of service |
| 11/17/71 | 16 | KINGS CASTLE HOTEL, CHASE PARK PLAZA HOTEL (defts) Response to Motion |
| 11/17/71 | 17 | AIRPORTEL INC. response to motion |
| 11/18/71 | 18 | HOTEL DEL CORONADO CORP. memo in support of motion w/cert. of service |
| 11/18/71 | 19 | MASTER HOSTS INTERNATIONAL, INC AND INTERNATIONAL INDUSTRIES INC. memo in support of motion for transfer w/certificate of service. |
| 11/18/71 | 20 | GREENBACH BROTHERS, INC. dba OLYMPIC HOTEL response to motion w/cert of service. |
| 11/22/71 | 21 | Brief of defendants Lowes San Francisco Hotel, Corp., Lowes San Francisco Hotel d/b/a The Mark Hopkins, San Fran, Calif Ambassador Hotels, Chicago, Illinois, Midtown Motor Inn City Squire Motor Inn, The Sumit, The Warwick, The Drake, The Americana, New York City, New York and various other hotels and motels located in the Loews San Francisco Chain Located in various Cities throughout the U.S. w/cert. of service |
| 11/22/71 | 22. | WRATHER HOTELS, INC. A/K/A DISNEYLAND HOTEL, Response to Motion. |
| 11/29/71 | 23 | Los Angeles Biltmore Hotel Co. response to motion |
| 11/29/71 | 24 | Handlery Hotels, Inc. response to motion |
| 11/29/71 | 25 | Camino Del Rio Properties response to Motion |
| 11/29/71 | 26 | J.M. Long Co. response to motion |
| 11/29/71 | 27 | Kings Castle Hotel response to motion |
| 12/2/71 | 28 | Airportel d/b/a Intl. Hotel response and brief w/cert of service. |
| 12/2/71 | | Letter w/attachment regarding status of Executive House, Inc. as party in litigation |

DOCKET NO. 89

D. C. 110 Rev. Civil Docket Continuation

| # | DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|---|
| 29 | 12/7/71 | ATLAS HOTELS, INC. Response to motion w/cert. of service | |
| 30 | 12/8/71 | Judge Marovitz Settlement Order No. 1, N.D. Illinois (FILED IN OPEN COURT) | |
| 31 | 12/8/71 | Judge Marovitz Settlement Order No. 2, N.D. Illinois (FILED IN OPEN COURT) | |
| 32 | 2/18/72 | Settlement Order No. 4 (J. Marovitz) with attmts. w/cover letter from Joseph W. Cotchett | |
| 33 | 3/1/72 | Judge Marovitz Settlement Order No. 3, N.D. Illinois and Supplement | |
| 34 | | Modifications to Settlement Orders Nos. 1,2,& 3 N.D. Illinois | |
| 35 | | Supplement to Settlement Order No. 2 (N.D. Illinois) | |
| | 3/30/72 | CONSENT OF JUDGE STEPHENSON FOR JUDGE LUCAS TO HANDLE LITIGATION IN THE CENTRAL DISTRICT OF CALIFORNIA | |
| | 3/30/72 | OPINION AND ORDER - Consolidating A-1 through C-1 in the C.D. California and assigning to Judge Lucas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. | |
| 36 | 4/13/72 | LETTER PLEADING (SETTLING DEFENDANTS) advising Panel of corrections to Opinion and Order of April 10, 1972 in the N.D. ILL. action C.A. No. 71 C-1590 | |
| | 4/21/72 | ORDER- Correcting O&O of March 30, 1972 ___ F.SUPP. ___ as to remand portion of the opinion and order concerning certain defendants. Notified all recipients of the March 30, 1972 Opinion and Order. | |
| | 5/31/72 | WILLIAM COLSON V. HILTON HOTELS CORP., ET AL., D.C., 271-72  CTO entered today. Notified transferee judge, transferor judge and COUNSEL | |
| | 6/16/72 | WILLIAM COLSON V. HILTON HOTELS CORP., ET AL., D.C., 271-72  CTO final today. Notified clerks, transferor and transferee judges/ | |
| | 6/29/73 | BILL COLSON V. HILTON HOTELS CORP., ET AL., S.D.FLA., 73-864-CF  CTO entered today. Notified counsel, involved judges. | |
| | 7/16/73 | BILL COLSOL V. HILTON HOTELS CORP., ETAL., S.D. FLA., 73-864-CF  CTO final today. Notified clerks, involved judges. | |
| | 8/23/73 | BILL COLSON V. HILTON HOTELS CORP., ET AL., E.D.MO. 73C430(1)  CTO xxxxxxx entered today. Notified counsel, involved judges. | |
| 36a | 9/10/73 | BILL COLSON V. HILTON HOTELS CORP., ET AL., E.D.MO 73C430(1)  CTO opposed today. by Chase Park Plaza Hotel.  ORDER entered staying CTO. Notified counsel., involved judges. | |
| 37 | 9/20/73 | CHASE PARK PLAZA AND CHASE PARK HOTEL motion and brief to vacate CTO w/cert. of service | |
| | 10/4/73 | xxxxxxxxxxxxxxxxxxxxxxxxxxxx WM COLSON V. HILTON HOTELS CORP., ET AL., E.D. MO. 73C430(1) - HEARING ORDER - Set for Oct. 24, 1973 San Francisco, Calif. Notified Service Counsel, involved judges | |
| 38 | 10/11/73 | LIAISON COUNSEL FOR DEFENDANTS memo in opposition to motion to vacate | |
| 39 | 10/15/73 | PLAINTIFF response to memo in opposition to motion to vacate Colson, v. Hilton, E.D. Mo., 73C430 | |
| | 4/19/74 | BILL COLSON V. HILTON HOTELS CORP., ET AL., E.D.MO 73C430(1)  Opinion and Order lifting stay of CTO and transferring action to C.D. California for coordinated or consolidated pretrial proceedings | |

OPINION AND ORDER OF MARCH 30, 1972 *341* F. SUPP. *771*        DOCKET NO. 89
~~OPINION AND ORDER OF APRIL 21, 1972~~ *F. SUPP.*    *all dismissed*
(Central District of California (Judge Malcolm M. Lucas))
*April 19, 1974 — 374 F Supp 1402*    *7/24/74*

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation   *Computer ID Code 973*
*3/30/72 — OAO*

## IN RE HOTEL TELEPHONE CHARGE ANTITRUST LITIGATION   *C.D. California*
*Judge Lucas*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | William Colson v. Fairmont Hotel Co. Inc., et al.  *dismissed 7/24/74* | E.D. La. 71-1883 Sec. B | *Judge* | 3/30/72 | *72-785 mml* New Orleans |
| A-2 | William Colson v. Radison-Denver Corp., et al.  *dismissed 7/24/74* | Colorado C-3237 | *Chilson* | 3/30/72 | *72-792 mml* |
| A-3 | William Hicks v. Hilton Hotels Corp. et al.  *dismissed 7/24/74* | N.D. Texas. CA-3-4924-C | *Taylor* | 3/30/72 | Dallas *72-795 mml* |
| A-4 | William Colson v. Hilton Hotels Corp. et al.  *dismissed 7/24/74* | N.D. Ga. 15347 | *Moye* | 3/30/72 | Atlanta *5/2/72* *72-799-mml* |
| A-5 | William Colson v. Hilton Hotels Corp. et al.  *dismissed 7/24/74* | S.D. Fla. 71-1079-Civ-JE | *Eaton* | 3/30/72 | *4/10/72* *72-812-mml* |
| A-6 | William Colson v. Hilton Hotels Corp., et al.  ~~TRANSFERRED UNDER 1404(a) TO~~ | N.D. Ill. 71-C-1590 | *Markovits* | 3/30/72 | *72-814-mml* |
| A-7 | William Colson v. ~~Hilton Hotels Corp.~~ et al.  *dismissed 7/24/74*  TRANSFERRED UNDER 1404(a) TO N.D. ILL. — 12/7/72 | S.D. N.Y. 71 Civ 2864 | | 3/30/72 | *72-824-mml* |
| A-8 | Herbert Hafif, et al. v. Hilton Hotels Corp., et al.  *disd 7/2/74* | C.D. Calif. 71-977-RJK MML | *Lucas* | NT | |
| B-1 | William Colson v. The Hotel Waldorf-Astoria Corp  *dismissed 7/24/74* | S.D. N.Y. 71 Civ 2943 | | 3/30/72 | *SCO 10/19/71* *72-825-mml* |
| C-1 | Herbert Hafif, et al. v. Hilton Hotels Corp., et al.  *dismissed 7/24/74* | Nevada R-2582 | *Thompson* | 3/30/72 | *SCO 11/9/71* *72-826-mml* |
| D-1 | William Colson v. Hilton Hotels Corp., et al.  *5/31/72*  *dismissed 7/24/74* | D. C. 271-72 | Green | *6/16/72* | *72-1517-mml* |
| D-2 | Bill Colson v. Hilton Hotels Corp. et al., *6/29/73* */74* | S.D. Fla 73-864-CF | Fulton | *7/16/73* | *73-1655 mml* |
| D-3 | *8/23/73* Bill Colson v. Hilton Hotels Corp. et al. *OPPOSED 7/24/74* | E.D. Missouri 73C430(1) | | *4/19/74* | *CV74-1167-MML* |

p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 89 -- In re Hotel Telephone Charge Antitrust Litigation

| Plaintiff | Defendant |
|---|---|
| WILLIAM COLSON<br>WILLIAM HICKS<br>HERBERT HAFIF, ET AL.<br>    Joseph W. Cotchett, Esquire<br>    Bank of California Building<br>    El Camino Real at 4th Avenue<br>    San Mateo, California 94402 | INTERNATIONAL LEISURE CORP.<br>HILTON HOTEL CORP.<br>AMBASSADOR HOTEL COMPANY OF LOS ANGELES<br>    Irwin F. Woodland, Esquire<br>    Gibson, Dunn & Crutcher<br>    515 S. Flower Street<br>    Los Angeles, California 90014<br><br>ATLAS HOTEL, INC.<br>    Clifford L. Duke, Jr., Esquire<br>    Duke, Altfest & Licker<br>    Suite 625, Bank of America Bldg.<br>    San Diego, California 92101<br><br>MASTER HOSTS INTERNATIONAL INC.<br>INTERNATIONAL INDUSTRIES, INC.<br>    Ronald M. Greenberg, Esquire<br>    Richards, Watson & Dreyfuss<br>    615 So. Flower Street, Suite 2108<br>    Los Angeles, California 90017<br><br>HANDLERY HOTELS, INC.<br>CAMINO DEL RIO PROPERTIES, INC.<br>J. M. LONG & CO.<br>    Theodore P. Lambros, Esquire<br>    Athearn, Chandler & Hoffman<br>    593 Market Street<br>    San Francisco, California 94105<br><br>AMERICAN HOTEL & MOTEL ASSOCIATION<br>    R. F. Outcault, Jr., Esquire<br>    Lawler, Felix & Hall<br>    800 Standard Oil Building<br>    605 W. Olympic Boulevard<br>    Los Angeles, California 90015<br><br>CALIFORNIA HOTEL & MOTEL ASSOCIATION<br>    Clayton R. Jackson, Esquire<br>    McFarland, Kuchins & Jackson<br>    155 Montgomery Street<br>    San Francisco, California 94104 |

p. 2

| Plaintiff | Defendant |
|---|---|
| | MARRIOTT MOTOR HOTEL, INC.<br>    Robert J. Siske, Esquire<br>    Hughes, Hubbard & Reed<br>    One Wall Street<br>    New York, New York 10005<br><br>RADISSON DENVER CORPORATION<br>    David C. Murchison, Esquire<br>    Donald J. Gavin, Esquire<br>    Howrey, Simon, Baker & Murchison<br>    1707 H Street, N. W.<br>    Washington, D. C. 20006<br><br>CHASE-PARK PLAZA HOTEL<br>    Morris A. Shenker, Esquire<br>    408 Olive Street<br>    St. Louis, Missouri 63102<br><br>TRACEY INVESTMENT CO.<br>    Dickran Tevrizian, Jr., Esquire<br>    Kirtland & Packard<br>    639 So. Spring Street<br>    Los Angeles, California 90014<br><br>LUMS, INC. d/b/a CAESARS PALACE OF LAS VEGAS<br>    Hon. Jon R. Collins<br>    Lionel, Sawyer, Collins & Wartman<br>    302 East Carson Ave., Suite 800<br>    Las Vegas, Nevada 89101<br><br>HUGHES TOOL CO.<br>    Davis & Cox, Esquires<br>    120 Broadway<br>    New York, New York 10005<br><br>PRINCESS HOTELS INTERNATIONAL CORP.<br>WESTERN INTERNATIONAL HOTELS, INC.<br>    E. Judge Elderkin, Esquire<br>    Brobeck, Phleger & Harrison<br>    111 Sutter Street<br>    San Francisco, California 94104<br><br>HOTEL DEL CORONADO CORP.<br>    Reg A. Vitek, Esquire<br>    Seltzer, Caplan, Wilkins & McMahon<br>    3003 Fourth Avenue<br>    San Diego, California 92103<br><br>711 CIRCLE MOTEL, INC.<br>    David B. Bartell, Esquire<br>    804 Third Street<br>    Oceanside, California 92054 |
| Plaintiff | Defendant |

p. 3

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 89   --   In re Hotel Telephone Charge Antitrust Litigation

| Plaintiff | Defendant |
|---|---|
| | RAMADA INNS, INC.<br>   Frederick S. Fields, Esquire<br>   Bronson, Bronson & McKinnon<br>   555 California Street<br>   San Francisco, California   94104<br><br>CORRIGAN PROPERTIES, INC.<br>   Richard L. Jackson, Esquire<br>   Johnson, Bromberg, Leeds & Riggs<br>   1500 - 211 North Ervay Building<br>   Dallas, Texas   75201<br><br>LOS ANGELES BILTMORE HOTEL CO.<br>   Jeremy V. Wisot, Esquire<br>   MacFarlane, Schaefer & Haun<br>   One Wilshire Bldg., Suite 2204<br>   Los Angeles, California   90017<br><br>THUNDERBOLT HOTEL, INC.<br>   Robert E. Cartwright, Esquire<br>   Cartwright, Saroyan, Martin & Sucherman<br>   160 Sansome St., Suite 900<br>   San Francisco, California   94104<br><br>WRATHER HOTELS, INC. a/k/a DISNEYLAND HOTEL<br>   Norman S. Oberstein, Esquire<br>   Kaplan, Livingston, Goodwin, Berkowitz<br>      & Selvin<br>   450 North Roxbury Drive<br>   Beverly Hills, California   90210<br><br>DEL E. WEBB CORPORATION<br>   Richard L. Franck, Esquire<br>   Parker, Milliken, Kohlmeier, Clark<br>      & O'Hara<br>   606 South Olive Street, 24th Floor<br>   Los Angeles, California   90014 |

| Plaintiff | Defendant |
|---|---|
|  | KINGS CASTLE HOTEL & CASINO, INC.<br>    Simon, Sheridan, Murphy, Thornton<br>      & Medvine<br>    533 Fremont Avenue - Suite 720<br>    Los Angeles, California 90017<br><br>NATIONAL HOTEL COMPANY<br>AFFILIATED NATIONAL HOTELS<br>AFFILIATED NATIONAL HOTELS CHAIN<br>GAL-TEX HOTEL CORP., INC.<br>BAKER HOTEL OF DALLAS, INC.<br>    George H. Kolb, Esquire<br>    Wynne, Jaffe & Tinsley<br>    1000 LTV Tower<br>    Dallas, Texas 75201<br><br>HOTEL CORPORATION OF AMERICA<br>SONESTA INTERNATIONAL HOTELS CORP.<br>    John H. Sherry, Esquire<br>    342 Madison Avenue<br>    New York, New York 100017<br><br>HOTEL WALFORF-ASTORIA CORPORATION<br>    David F. Dobbins, Esquire<br>    Royall, Koegel & Wells<br>    200 Park Avenue<br>    New York, New York 10017<br><br>SENATOR HOTEL<br>THE CALIFORNIA HOTEL, INC.<br>HYATT CORPORATION<br>FAIRMONT ROOSEVELT HOTEL<br>FAIRMONT DALLAS HOTEL CO., INC.<br>FAIRMONT HOTEL<br>FAIRMONT HOTEL COMPANY<br>ALLIED PROPERTIES<br>JACK TAR SAN FRANCISCO, INC.<br>    Marvin D. Morgenstein, Esquire<br>    Steinhart, Goldberg, Feigenbaum & Ladar<br>    3400 Crocker Plaza San Francisco,<br>    San Francisco, California 94104<br><br>INTERNATIONAL TELEPHONE & TELEGRAPH CORP.<br>SHERATON CORPORATION OF AMERICA<br>    Maxwell M. Blecher, Esquire<br>    Blecher & Collins<br>    612 So. Flower Street, Suite 1206<br>    Los Angeles, California 90017 |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 89 -- In re Hotel Telephone Charge Antitrust Litigation

| Plaintiff | Defendant |
|---|---|
| | HOTEL PROPERTIES, INC.<br>   D. Martin Cook, Esquire<br>   1900 Avenue of the Stars<br>   Suite 1450<br>   Los Angeles, California 90067<br><br>AIRPORTEL, INC. d/b/a<br>INTERNATIONAL AIRPORT HOTEL SYSTEMS, INC.<br>   Baltaxe & Levin<br>   9107 Wilshire Blvd. - Suite 506<br>   Los Angeles, California<br><br>LE BARON HOTEL, INC.<br>   Gant, Asaro & Einhorn<br>   12th Floor - 1250 Sixth Avenue<br>   San Diego, California 92101<br><br>WILLIAMS MANAGEMENT CORP.<br>SAMMONS ENTERPRISES, INC.<br>   Silverberg, Rosen & Leon<br>   1830 Century Park East - Suite 1100<br>   Los Angeles, California 90067<br><br>GREENBACH BROS., INC.<br>   Hession, Creedon, Hamlin, Kelly,<br>     Hanson & Farbstein<br>   181 Second Avenue, P.O. Box 1929<br>   San Mateo, California 94401<br><br>   Dennis Charles Hession, Esquire |

| Plaintiff | Defendant |
|---|---|
|  | LOEWS SAN FRANCISCO HOTEL CORP.<br>~~Lester Pollock, Esquire~~<br>~~Corporate Counsel~~ BARRY HIRSCH, ESQ.<br>666 Fifth Avenue<br>New York, New York<br><br>PICK HOTELS CORPORATION<br>  Howard L. Kastel, Esquire<br>  Altheimer, Gray, Naiburg & Strasburger<br>  One North LaSalle Street<br>  Chicago, Illinois  60602<br><br>~~Executive House, Inc.~~ see Below<br>~~71 East Wacker Drive~~<br>~~Chicago, Illinois  60601~~<br><br>A. M. Wirtz<br>666 No. Lakeshore Drive<br>Chicago, Illinois<br><br>~~International Leisure Corp.~~ & Gibson, Dunn & Crutcher<br>~~3111 Joe W. Brown Drive~~<br>~~Las Vegas, Nevada  89109~~<br><br>Hughes Hotels of Nevada, Inc.<br>  Frontier Hotel<br>  3120 Las Vegas Boulevard S<br>  Las Vegas, Nevada  89109<br><br>Schine Enterprises, Inc.<br>375 Park Avenue - Suite 1202<br>New York, New York  10022<br><br>EXECUTIVE HOUSE, INC.<br>  Malcolm M. Gaynor, Esquire<br>  Schwartz, Cooper & Kolb<br>  33 North LaSalle Street<br>  Chicago, Illinois  60602 |

spr—11/23/71

p. 7

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 89 -- In re Hotel Telephone Charge Antitrust Litigation

| Plaintiff | Defendant |
|---|---|
| ~~(crossed out)~~ | PACIFIC SOUTHWEST AIRLINES<br>SAN FRANCISCO HOTEL CO., INC.<br>   McInnis, Fitzgerald, Rees & Sharkey<br>   1301 U. S. National Bank Building<br>   San Diego, California  92101<br><br>Fairmont Hotel Corp.<br>Roosevelt Hotel<br>123 Baronne Street<br>New Orleans, Louisiana   70140 |
| C-1   Howard F. McKissick, Jr., Esquire<br>      Post Office Box 2942<br>      Reno, Nevada   89505<br><br>      Hafif & Shernoff<br>      269 W. Bonita Avenue<br>      Claremont, California   91711<br><br>      Goldstein, Barceloux & Goldstein<br>      650 California Street<br>      San Francisco, California   94108<br><br>      Joseph W. Cotchett  *app.*<br>        Same as p. 1 above  *11/16/71*<br><br>D-1   ~~Jacob Gordon, Esquire~~<br>      ~~666 Eleventh Street, N.W.~~<br>      ~~Suite 1001~~<br>      ~~Washington, D. C.  20001~~<br><br>D-2   Bill Hoppe, Esq.<br>      Colson & Hicks<br>      Second Floor Concord Bldg.<br>      66 West Flagler St.<br>      Miami, Florida   33130 | Southern Florida Hotel & Motel Assn.<br>  Noriea and Bartel<br>  2100 1st Federal Building<br>  1 S.E. 3d Street<br>  Miami, Florida   33131<br><br>Florida Hotel and Motel Association<br>  Jack M. Skelding, Esquire *[handwritten]*<br>  Tallahassee, Florida *32302*<br><br>Greater Miami Hotel & Motel & Hotel Motel<br>  Assoc.<br>  Harris & Kenney<br>  475 Biltmore Way<br>  Suite 303<br>  Coral Gables, Florida   33133 |

p. _____

| Plaintiff | Defendant |
|---|---|
| D-3  James E. Hullverson, Esq.<br>Hullverson, Hullverson & Frank<br>722 Chestnut STreet<br>Suite 1100<br>St. Louis, Missouri  63101<br><br>and (Colson and Hicks) | ~~Chase Park Plaza Hotel~~<br>~~212 N. Kingshighway~~<br>~~St. Louis, Missouri  63108~~<br><br>HOTEL & MOTEL ASSN OF GREATER ST. LOUIS<br>  Edward L. Thomeczek, Esq.<br>  230 South Bemiston Ave.<br>  Clayton, Missouri  63105      APP |

| Plaintiff | Defendant |
|---|---|

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 89 -- IN RE HOTEL TELEPHONE CHARGE ANTITRUST LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Fairmont Hotel Co., Inc. *Corp.* | A-1; A-2; A-3 thru A-8   C-1   D-1  D-2 |
| Hilton Hotels Corp., | A-1; A-2; A-3 thru A-8; C-1   D-1   D-2  D-3 |
| ITT Sheraton Corporation of America | A-1; A-2 thru A-8; C-1   D-1   D-2 |
| Ramada Inns, Inc. | A-1; A-2; A-3 thru A-8; C-1   D-1   D-2 |
| Marriott Motor Hotel, Inc. | A-1; A-2; A-3 thru A-8   C-1   D-1   D-2 |
| Jack Tar Management Co., Inc. | A-1; A-2; A-3 thru A-8   C-1   D-1   D-2  D-3 |
| Del E. Webb Corp. | A-1; A-2; A-3 thru A-8   C-1   D-1   D-2  D-3 |
| Hughes Tool Co., Inc. | A-1; A-2; A-3 thru A-8; C-1   D-1   D-2  D-3 |
| Atlas Hotels Inc., | A-2; A-3 thru A-8; C-1   D-1   D-2  D-3 |
| International Airport Hotel Systems, Inc. | A-2; A-3 thru A-8; C-1   D-1   D-2  D-3 |

p. 2

| | |
|---|---|
| International Industries, Inc. | A-2; A-3 thru A-8; C-1   D-1  D-2  D-3 |
| Master Hosts International, Inc. | A-2; A-3 thru A-8; C-1   D-1  D-2  D-3 |
| Allied Properties Corp. | A-2; A-3 thru A-8; C-1   D-1  D-2  D-3 |
| Handlery Hotels, Inc. | A-2; A-3 thru A-8; C-1   D-1  D-2  D-3 |
| LeBaron Hotel, Inc. | A-2; A-3 thru A-8; C-1   D-1  D-2  D-3 |
| Williams Management Corp. | A-2; A-3 thru A-8; C-1   D-1  D-2  D-3 |
| Circle Motel Incl. | A-2; A-3 thru A-8; C-1   D-1  D-2  D-3 |
| Hyatt Corporation | A-2; A-3 thru A-8; C-1   D-1  D-2  D-3 |
| California Hotel Inc. | A-2; A-3 thru A-8; C-1   D-1  D-2  D-3 |
| Tracey Investment Co. | A-2; A-3 thru A-8; C-1   D-1  D-2  D-3 |
| International Leasure Corp. | A-2; A-3 thru A-8; C-1   D-1  D-2  D-3 |

p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 89 -- IN RE HOTEL TELEPHONE CHARGE ANTITRUST LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Lums, Inc. | A-2; A-3 thru A-8; C-1    D-1    D-2    D-3 |
| Western International Hotels, Inc. | A-2; A-3 thru A-8; C-1    D-1    D-2    D-3 |
| Princess Hotels International Corp. | A-2; A-3 thru A-8; C-1    D-1    D-2    D-3 |
| International Telephone & Telegraph Corp. | A-2; A-3 thru A-8; C-1    D-1    D-2    D-3 |
| ITT Sheritan Corp. of America | A-2; A-3 thru A-8 |
| H.D.C. Corp. | A-2; A-3 thru A-8; C-1    D-1    D-2    D-3 |
| Corrigan Orperties, Inc. | A-2; A-3 thru A-8; C-1    D-1    D-2    D-3 |
| Schine Enterprises Inc. | A-2; A-3 thru A-8; C-1    D-1    D-2    D-3 |
| Ambassador Hotel Co. of Los Angeles | A-2; A-3 thru A-8; C-1    D-1    D-2    D-3 |
| Thunderbolt Hotel, Inc. | A-2; A-3 thru A-8; C-1    D-1    D-2    D-3 |

p. 4

| | |
|---|---|
| Sammons Enterprises, Inc. | A-2; A-3 thru A-8 C-1 D-1 D-2 D-3 |
| Wrather Hotels | A-2; A-3 thru A-8 C-1 D-1 D-2 D-3 |
| Kings Castle Hotel & Casino, Inc. | A-2; A-3 thru A-8 C-1 D-1 D-2 D-3 |
| Pacific Southwest Airlines | A-2; A-3 thru A-8 C-1 D-1 D-2 D-3 |
| San Franciscan Hotel Co., Inc. | A-2; A-3 thru A-8 C-1 D-1 D-2 D-3 |
| Long's Drugstore | A-2; A-3 thru A-8 C-1 D-1 D-2 D-3 |
| Greenback Bros. Inc. | A-2; A-3 thru A-8 C-1 D-1 D-2 D-3 |
| Loew's San Francisco Hotel Corp. | A-2; A-3 thru A-8 C-1 D-1 D-2 D-3 |
| American Hotel & Motel Association | A-2; A-3 thru A-8 C-1 D-1 D-2 D-3 |
| The California Hotel & Motel Association | A-2; A-3 thru A-8 C-1 D-1 D-2 D-3 |
| Pick Hotels Corp. | A-2; A-3 thru A-8 C-1 D-1 D-2 D-3 |

p. 5

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 89 -- IN RE HOTEL TELEPHONE CHARGE ANTITRUST LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Executive House, Inc. | A-2; A-3 thru A-8 C-1 D-1 D-2 <br> NOT A-6 dismissed |
| A. M. Wirtz | A-2; A-3 thru A-8 C-1 B-1 D-2 <br> D-3 |
| Radisson Denver Hotel | A-2; A-3 thru A-8 C-1 D-1 D-2 <br> D-3 |
| Chase-Park Plaza Hotel | A-2; A-3 thru A-8 C-1 D-1 D-2 |
| Fairmont Hotel Corp. | A-2; A-3 thru A-8 C-1 D-1 D-2 <br> D-3 |
| Affiliated National Hotels | A-2; A-3 thru A-8 C-1 D-1 D-2 <br> D-3 |
| Fairmont Hotel | A-2; A-3 thru A-8; C-1 D-1 D-2 <br> D-3 |
| Hotel Corporation of America | A-2; A-3 thru A-8 C-1 D-1 D-2 <br> D-3 <br> A-8 DISM |
| Hughes Resort Hotel | A-1 thru A-8   D-1 D-2 |
| Hughes Hotels of Nevada, Inc. | A-1 thru A-8   D-1 D-2 |

p. 6

| | |
|---|---|
| Del E. Webb ~~&xpx~~ Management Co. | A-1 thrugh A-8 |
| Hotel Waldorf-Astoria Corp | B-1 |
| Hotel Properties Inc. | A-8 |
| Hotel Corp of Washington | D-1 |
| May[flower?] Hotel Wash, D.C. | D-2 |
| [Sheraton?] Hotel & Motel Assn. Jacksonville, Fla | D-2 |
| Hotel & Motel Assn. of Greater St. Louis | D-3 |
| | |
| | |
| | |
| | |